# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| BENJAMIN B. BENNETT, | : |
| Petitioner, | : |
| v. | : 7:00-CR-14-001 (WLS) |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth, filed on June 12, 2008. (Doc. 169). It is recommended that Petitioner's Rule 60(b)(6) motion (Doc. 166) be **DENIED**. *Id.* No objection has been filed to date.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 169) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's Rule 60(b)(6) motion (Doc. 166) is **DENIED**.

**SO ORDERED**, this  22nd  day of July, 2008.

    /s/W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**

1